[No. 70133-9-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS VEILLEUX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05832-2, Theresa B. Doyle, J., entered March 29, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Leach and Verellen, JJ.

[No. 70267-0-I.   Division One.   April 21, 2014.]

HANNELORE W. MALLETT, *Appellant*, v. ADELPHI, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-44295-1, Douglass A. North, J., entered April 5, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 70457-5-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER DANIEL ANSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04249-5, Patrick H. Oishi, J., entered April 25, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Lau, JJ.

[Nos. 70855-4-I; 70856-2-I.   Division One.   April 21, 2014.]

THE CITY OF BELLEVUE, *Respondent*, v. BEST BUY STORES, LP, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 13-2-18238-6, William L. Downing, J., entered August 7, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Lau, JJ.